1

2

3

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 12, 2023

SEAN F. McAVOY, CLERK

4            UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF WASHINGTON

5

6   RAY S.,[1]                              No.    1:22-cv-3089-EFS

7                    Plaintiff,

8         v.                               **ORDER GRANTING THE PARTIES'
                                           STIPULATED MOTION FOR
                                           REMAND PURSUANT TO
9   KILOLO KIJAKAZI, Acting                SENTENCE FOUR OF 42 U.S.C.
    Commissioner of Social Security,       § 405(g)**

10

                     Defendant.

11

12        On January 11, 2023, the parties filed a Stipulated Motion for Remand.

13  ECF No. 11. The parties agree that the matter should be reversed and remanded

14  to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C.

15  § 405(g) for further administrative proceedings as set forth below.

16        Consistent with the parties' agreement, **IT IS HEREBY ORDERED:**

17        1.    The parties' Stipulated Motion for Remand, **ECF No. 11**, is

18              **GRANTED.**

19        2.    Judgment shall be entered for **Plaintiff**.

20

21

22  [1] For privacy reasons, the Court refers to every social security plaintiff by first

23  name and last initial or by "Plaintiff." *See* LCivR 5.2(c).

ORDER - 1

3.      This matter is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council is to instruct the ALJ to provide Plaintiff with an opportunity for a new hearing, further develop the record, and issue a *de novo* decision on the issue of Plaintiff's disability after reevaluating Plaintiff's severe impairments, the medical-opinion evidence, and Plaintiff's residual functional capacity.

4.      All pending motions are **DENIED AS MOOT.**

5.      All hearings and other deadlines are **STRICKEN.**

6.      The Clerk's Office is directed to **CLOSE** this file.

IT IS SO ORDERED.  The Clerk's Office is directed to enter this order and provide copies to all counsel.

**DATED** this _12th_  day of January 2023.

EDWARD F. SHEA
Senior United States District Judge